# Court of Appeals
# of the State of Georgia

ATLANTA,  September 09, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0170. BARBARA TALBERT v. NATALIE UDWIN.

In 2024, the trial court entered a final judgment and decree of divorce dissolving the marriage of Natalie Udwin and Barbara Talbert. Talbert then filed a motion for new trial. The trial court found that Talbert had abandoned her arguments and dismissed her motion. Talbert filed this direct appeal, seeking to appeal the divorce decree and the dismissal of her motion for new trial. Udwin has filed a motion to dismiss, asserting that this Court lacks jurisdiction. We agree.

Appeals from "judgments or orders in divorce, alimony, and other domestic relations cases" must be made by application for discretionary appeal. See OCGA § 5-6-35 (a) (2). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because Talbert failed to follow the requisite discretionary application

procedure, we lack jurisdiction to consider this direct appeal. Accordingly, we hereby GRANT Udwin's motion to dismiss and DISMISS this appeal.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 09/09/2025

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*